**92-2297.** In re Estate of Grimm. *Hamilton County,* No. C–920324. *Sua sponte,* cause dismissed for want of prosecution, effective May 7, 1993.

**92-2338.** State v. Miller. *Franklin County,* No. 92AP–52. *Sua sponte,* cause dismissed for want of prosecution, effective May 7, 1993.

**92-2350.** Barclay Energy Corp. v. Limbach. Board of Tax Appeals, Nos. 90–Z–191, 90–Z–192 and 90–Z–193. *Sua sponte,* cause dismissed for want of prosecution, effective May 7, 1993.

**92-2402.** State v. Thomas. *Sandusky County,* No. S–9–32. *Sua sponte,* cause dismissed for want of prosecution, effective May 7, 1993.

**92-2533.** State v. Hitt. *Summit County,* No. 15414. *Sua sponte,* cause dismissed for want of prosecution, effective May 7, 1993.

**92-2563.** Verbanic v. Verbanic. *Trumbull County,* No. 91–T–4521. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Trumbull County to certify its record. Appellant's motion for leave to exceed the page limitation on her memorandum in support of jurisdiction was denied by this court on January 27, 1993. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective May 7, 1993.

**93-14.** Gigax v. Repka. *Montgomery County,* No. CA 13386. *Sua sponte,* cause dismissed for want of prosecution, effective May 7, 1993.

**93-154.** State v. Velez. *Defiance County,* No. 4–92–11. *Sua sponte,* cause dismissed for want of prosecution, effective May 7, 1993.

**93-156.** State v. Smith. *Ottawa County,* No. 92–OT–009. *Sua sponte,* cause dismissed for want of prosecution, effective May 7, 1993.

**93-245.** State v. Jurovcik. *Sandusky County,* No. S–15–3. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Sandusky County and as a claimed appeal as of right from said court. Appellant's request for extension of time to file a memorandum in support of jurisdiction was denied by this court on March 4, 1993. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective May 7, 1993.

**93-347.** In re Flaherty. *Summit County,* No. 15779. *Sua sponte,* cause dismissed for want of prosecution, effective May 7, 1993.

**93-350.** State v. Brown. *Hamilton County,* No. C–910742. *Sua sponte,* cause dismissed for want of prosecution, effective May 7, 1993.

**93-365.** State v. Dobies. *Lake County,* No. 91–L–123. *Sua sponte,* cause dismissed for want of prosecution, effective May 7, 1993.